IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTIAN VALLEJO, Individually and on behalf of all similarly situated current and former employees, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-12-0555 |
| GARDA CL SOUTHWEST, INC., | § § § | |
| Defendant. | § | |

## ORDER

The defendant's Motion for Extension of the Deadline for Response to Plaintiffs' Motion for Collective Action Certification and Continuance of Hearing Date (Docket Entry No. 64) is granted. The deadline for response to plaintiffs' Motion for Collective Action Certification is extended to **March 14, 2014**. The hearing on the Motion for Certification is continued to **March 21, 2014** at 1:30 p.m.

SIGNED on February 20, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge