# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTIAN VALLEJO, Individually and on behalf of all similarly situated current and former employees, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-12-0555 |
| GARDA CL SOUTHWEST, INC., | § § § | |
| Defendant. | § | |

## ORDER

Kevin A. Murray's Motion to Withdraw as counsel for Artemio Caballero is set for hearing on **May 27, 2014**, at 8:30 a.m. in Courtroom 11-B. Counsel must attend and provide certified copies of notice of the Motion to Withdraw and of the outstanding deadlines in the case to Mr. Caballero.

SIGNED on May 8, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge