IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTIAN VALLEJO, *Individually and on behalf of all similarly situated current and former employees,* | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-12-0555 |
| GARDA CL SOUTHWEST, INC., | § § § | |
| Defendants. | § | |

## ORDER

This court sets a premotion hearing on the plaintiffs' surreply, filed on August 28, 2014. The hearing is set for **September 4, 2014, at 11:00 a.m**

SIGNED on September 2, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge