IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTIAN VALLEJO, Individually and on behalf of all similarly situated current and former employees, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-12-0555 |
| GARDA CL SOUTHWEST, INC., | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Opinion of today's date, and prior orders dismissing the claims of other plaintiffs, this action is dismissed.

SIGNED on September 29, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge